# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHERYN M. SCHMIDT, | : | No. 3:17cv943 |
| Plaintiff | : | |
| v. | : | (Judge Munley) |
| | : | |
| | : | (Magistrate Judge Schwab) |
| NANCY A. BERRYHILL, | : | |
| Deputy Commissioner | : | |
| for Operations of Social Security, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 28th day of February 2019, it is hereby **ORDERED** as follows:

1) Magistrate Judge Schwab's Report and Recommendation (Doc. 24) is **ADOPTED** and plaintiff's Social Security appeal is **DENIED**;

2) Plaintiff's objections (Doc. 27) are **OVERRULED**;

3) The Clerk of Court is directed to enter judgment in favor of the defendant and against the plaintiff; and

4) The Clerk of Court is directed to **CLOSE** this case.

                                       **BY THE COURT:**

                                       **s/ James M . Munley**
                                       **JUDGE JAMES M. MUNLEY**
                                       **United States District Court**